IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:16cv985-WHA |
| | ) (WO) |
| $389,820.00 IN UNITED STATES CURRENCY, et al., | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the United States' Second Motion to Strike Claim of Ruby Barton for Failure to Comply with Supplemental Rule G(5)(B) (Doc. # 39), the court finds that the pending Motion for Reconsideration (Doc. # 38) was just cause for the claimant to await a ruling before filing an answer within the time contained in the order sought to be reconsidered. Therefore, the claimant is given until July 27, 2017, to file an answer if she wishes to do so. If she fails to file an answer by that time, the Motion to Strike will be granted.

Done this the 20th day of July, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

1