IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:16cv985-WHA |
| ) | (WO) |
| $389,820.00 IN UNITED STATES ) | |
| CURRENCY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This cause is before the court on the United States' Second Motion to Strike Claim of Ruby Barton (Doc. #39). The ground for the motion is that Barton failed to file an answer. Based on the pendency of a separate motion by Barton, this court gave Barton additional time in which to answer, and Barton subsequently timely filed an Answer. (Doc. #41, 42). Accordingly, the Motion to Strike (Doc. #39) is hereby ORDERED DENIED as moot.

Done this 1st day of September, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE