IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:16cv985-WHA |
| | ) | (WO) |
| $389,820.00 IN UNITED STATES CURRENCY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Upon consideration of the Motion to Stay Proceedings (Doc. #47), filed on October 12, 2017, it is hereby

ORDERED that the Plaintiff shall show cause, if any there be, **on or October 27, 2017**. The motion will be taken under submission on that day for determination without oral argument.

DONE this 12th day of October 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE