IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 2:16cv985-WHA ) (WO) |
| $389,820.00 IN UNITED STATES CURRENCY, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This cause is before the court on a Motion to Lift Stay of Civil Action (Doc. #54).

On November 2, 2017, this court ordered this case stayed pending decision by the Alabama Supreme Court in an underlying, related case in Elmore County Circuit Court. The United States has filed a Motion to Lift the Stay, attaching to the Motion a decision affirming the Elmore County Circuit Court, CV-17-900092.

Accordingly, it is hereby ORDERED as follows:

1. The Motion (Doc. #54) is GRANTED and the stay in this case is lifted.

2. The parties are ORDERED to confer and file a new Report of Parties Planning meeting by May 31, 2018.

Done this 1st day of May, 2018.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE