IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:16cv985-WHA |
| | ) | (WO) |
| $389,820.00 IN UNITED STATES CURRENCY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This cause is before the court on a Motion for Reconsideration of Order Lifting Stay of Proceedings filed by the Claimant seeking to reimpose the stay of this case (Doc. #57).

On November 2, 2017, this court ordered this case stayed pending decision by the Alabama Supreme Court in an underlying, related case in Elmore County Circuit Court. The United States filed a Motion to Lift the Stay, attaching to the Motion a decision affirming the Elmore County Circuit Court, CV-17-900092. The Claimant, in her motion, states that an application for rehearing of the Alabama Supreme Court's decision is still pending in that court. The Claimant also represents that the United States has no objection to the stay remaining in place until the Alabama Supreme Court reaches final judgment.

Accordingly, it is hereby ORDERED as follows:

1. The Motion (Doc. #57) is GRANTED and this case is STAYED pending the final judgment in case CV-17-900092.

2. The parties are to report to the court when final judgment has been entered.

Done this 4th day of June, 2018.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE