**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 30, 2020

Clerk - Middle District of Alabama
U.S. District Court
1 CHURCH ST
MONTGOMERY, AL 36104

Appeal Number: 19-14476-EE
Case Style: USA v. $389,820.00 in United States, et al
District Court Docket No: 2:16-cv-00985-ECM-WC

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 19-14476

_____

District Court Docket No.
2:16-cv-00985-ECM-WC

UNITED STATES OF AMERICA,

                          Plaintiff - Appellee,

versus

$389,820.00 IN UNITED STATES CURRENCY,
$15,780.00 IN UNITED STATES CURRENCY,
$4,550.00 IN UNITED STATES CURRENCY,
1972 CHEVROLET CHEVELLE, SS 396,
VIN: 1D37H2R582820, WITH ALL APPURTENANCES
AND ATTACHMENTS THEREON,
MISCELLANEOUS JEWELRY, NAMELY: 18K YELLOW
GOLD ROLEX WATCH,SIDE SERIAL NOS. V390198
AND 218238, INSIDE SERIAL NO. 2148; 3-ROW 14K
YELLOW GOLD DIAMOND BRACELET WITH 11.47
CARATS IN 93 DIAMONDS, ETC., et al.,

                          Defendants - Appellants.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 07, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna H. Clark

ISSUED AS MANDATE 11/30/2020